**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DEVERICK SCOTT,                                                                        PLAINTIFF
ADC # 131042

v.                                             5:15CV00007-BRW-JJV

WATSON, Warden, Varner
Supermax Unit; *et al.*                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe  and Plaintiff's Objections.  After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.        Defendants Randy Watson, Pace, Williams, Franklin, Sharon Cantrell, Ray Hobbs, Larry Mae, Grant Harris, Raymond Naylor, Terri Bannister, the Arkansas Department of Correction, Burl, Tameka Cody, Thorn, and Does are DISMISSED without prejudice for failure to state a claim upon which relief can be granted.

2.        The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith

SO ORDERED this 15th day of April, 2015.


                                        /s/ Billy Roy Wilson_____
                                        UNITED STATES DISTRICT JUDGE

1