**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**DEVERICK SCOTT,**                                                              **PLAINTIFF**
**ADC # 131042**

**VS**                        **5:15CV00007-BRW**

**WATSON, Warden, Varner**
**Supermax Unit;** *et al.*                                             **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court adopts the Proposed Findings and Recommended Disposition in their entirety as this Court's findings in all respects.

Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 27) is GRANTED. Plaintiff's claims regarding his November 2012 disciplinary conviction and his negligence claims are DISMISSED without prejudice. All other claims are DISMISSED with prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 25th day of January, 2016.

                                                        /s/ Billy Roy Wilson
                                                        UNITED STATES DISTRICT JUDGE